UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                          Case No. 3:20-cr-82(6)

vs.

LOUIS WALTON,                           District Judge Michael J. Newman

    Defendant.

___

**ORDER: (1) TERMINATING ATTORNEY W. JOSEPH EDWARDS AS CJA COUNSEL FOR DEFENDANT LOUIS WALTON; AND (2) APPOINTING ATTORNEY DENNIS C. BELLI AS CJA COUNSEL FOR DEFENDANT**

___

       This criminal case is before the Court following the Court's appointment of attorney W. Joseph Edwards as CJA counsel for Defendant Louis Walton. Doc. No. 238. Mr. Edwards subsequently learned of a conflict preventing him from representing Defendant. Thus, the Court now **TERMINATES** attorney W. Joseph Edwards as CJA counsel for Defendant and **APPOINTS** attorney Dennis C. Belli as CJA counsel for Defendant.

       **IT IS SO ORDERED.**

  January 4, 2023                                 s/Michael J. Newman
                                                            Hon. Michael J. Newman
                                                            United States District Judge